ROSALINE CORDEN, Individually and as Next Friend of JEANETTE CORDEN, LINDA ANN CORDEN, ALVIN CONRAD CORDEN, DENNIS CORDEN, NELSON CORDEN and CAROLYN CORDEN v. PASCHOAL'S LIMITED and FIREMAN'S FUND INSURANCE COMPANY.

No. 4862.

SEPTEMBER 14, 1970.

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ., AND CIRCUIT JUDGE WONG IN PLACE OF MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Herbert K. Shimabukuro* and *Wayne K. Kekina* (*Libkuman, Shimabukuro & Ventura* of counsel) for the petition.